Nellie Louise CARSON, Appellant,

v.

UNITED STATES of America, Appellee.

No. 20441.

United States Court of Appeals
Fifth Circuit.

April 1, 1964.

William H. Moore, Jr., Atlanta, Ga., Harvey J. Kennedy, Barnesville, Ga. (Paul L. Wayman, Atlanta, Ga., on the brief), for appellant.

Donald H. Fraser, U. S. Atty., Savannah, Ga., for appellee.

Before TUTTLE, Chief Judge, WISDOM, Circuit Judge, and CARSWELL, District Judge.

PER CURIAM:

After a careful study of the record and briefs the Court has concluded that there was no reversible error in the proceedings below. See United States v. Iacullo, 7 Cir. 1955, 226 F.2d 788; United States v. Amorosa, 3 Cir. 1948, 167 F.2d 596. Judgment is

Affirmed.

Leonard S. HIRSH, Appellant,

v.

UNITED STATES of America, Appellee.

No. 20572.

United States Court of Appeals
Fifth Circuit.

April 1, 1964.

Gregg Loomis, Atlanta, Ga., for appellant.

Allen L. Chancey, Jr., Asst. U. S. Atty., Atlanta, Ga., Charles L. Goodson, U. S. Atty., for appellee.

Before TUTTLE, Chief Judge, WISDOM, Circuit Judge, and CARSWELL, District Judge.

PER CURIAM:

The Court has carefully considered all of the specifications of error the appellant urges, including those not raised in the Court below. We find no reversible error. The judgment is affirmed.

John T. SMITH, Appellant,

v.

Anthony J. CELEBREZZE, Secretary of Health, Education and Welfare, Appellee.

No. 20817.

United States Court of Appeals
Fifth Circuit.

March 31, 1964.

Henry T. Chance, Harris, Chance, McCracken & Harrison, Augusta, Ga., for appellant.

Robert V. Zener, Alan S. Rosenthal, Attys., Dept of Justice, Washington, D. C., John W. Douglas, Asst. Atty. Gen., Donald H. Fraser, U. S. Atty., Sherman L. Cohn, Atty., Dept. of Justice, Washington, D. C., for appellee.

Before TUTTLE, Chief Judge, and RIVES and WISDOM, Circuit Judges.

PER CURIAM:

The judgment of the trial court is affirmed. See Celebrezze v. O'Brient, 5 Cir., 323 F.2d 989.